JOHN S. GORDON
United States Attorney
RONALD L. CHENG
Assistant United States Attorney
Acting Chief, Criminal Division
SALLY L. MELOCH (CA Bar # 133292)
Assistant United States Attorney
Chief, Major Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0334

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 93-772(B)-WJR |
| Plaintiff, | (~~Proposed~~) ORDER TO ABATE THE PROSECUTION |
| v. | |
| SOMEN "STEVE" BANERJEE, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the prosecution of defendant Somen "Steve" Banerjee is abated.

Dated: Feb 14, 2002

_____
THE HONORABLE WILLIAM J. REA
United States District Court Judge

## CERTIFICATE OF SERVICE BY MAIL

I, <u>Marian Cannon</u>, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this certificate was made, that on <u>February 13, 2002</u> I deposited in the United States mail in the United States Courthouse at 312 North Spring Street, Los Angeles, California, the above-entitled action, in an envelope bearing the requested postage, a copy of:

**(PROPOSED) ORDER TO ABATE THE PROSECUTION**

addressed to:   Barry Tarlow, Esq.
                9119 Sunset Boulevard
                Los Angeles, CA 90069

at <u>his</u> last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on <u>February 13, 2002</u> Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Marian Cannon*